**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BARCLAYS PLC, BARCLAYS BANK PLC, AND BARCLAYS CAPITAL INC.,<br><br>Movants,<br>v.<br><br>FX TRANSPARENCY, LLC,<br><br>Respondent. | Case No. 1:22-mc-91048-PBS |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 83.5.3(e), Attorney Samantha L. Fidler, counsel for Movants Barclays PLC, Barclays Bank PLC and Barclays Capital, Inc. ("Barclays"), respectfully requests leave of Court to withdraw her appearance as counsel for Barclays. Because there is a motion pending, the Court's local rules require leave of Court to withdraw as counsel. In support of this motion, counsel states as follows:

1. On February 2, 2022, Honorable Patti B. Saris granted the February 1, 2022 Motions for Leave for Matthew A. Schwartz, Christopher J. Dunne, and Mark A. Popovsky of Sullivan & Cromwell LLP to Appear Pro Hac Vice for Barclays. Attorneys Schwartz, Dunne, and Popovsky will continue to represent Barclays in this matter going forward.

2. Further, Donald F. Frederico and Melanie A. Conroy of Pierce Atwood LLP have entered appearances for Barclays and will continue to represent Barclays in this matter going forward.

3. Attorneys Schwartz, Dunne, Popovsky, Frederico, and Conroy are aware of all upcoming deadlines and Court appearances in this case.

**WHEREFORE,** Samantha L. Fidler, counsel for Barclays, respectfully requests leave of Court to withdraw her appearance as counsel for Barclays.

Dated: March 4, 2022

Respectfully submitted,

By: *<u>/s/ Samantha L. Fidler</u>*

Samantha L. Fidler
*Admitted Pro Hac Vice*
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
fidlers@sullcrom.com
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Melanie A. Conroy, hereby certify that counsel for Respondent assented to this motion on March 2, 2022.

*/s/ Melanie A. Conroy*
Melanie A. Conroy (BBO No. 568830)

## CERTIFICATE OF SERVICE

I hereby certify that this motion filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on this date, March 4, 2022.

*/s/ Melanie A. Conroy*
Melanie A. Conroy (BBO No. 568830)